No. 87–1760.   PERKINSON ET VIR, T/A PERKINSON & PERKINSON v. HUFFMAN, TRUSTEE FOR HARBOUR, DEBTOR, ET AL. C. A. 4th Cir.   Certiorari granted, judgment vacated, and case

remanded for further consideration in light of *Granfinanciera, S. A.* v. *Nordberg, ante,* p. 33.